INTERNATIONAL HARVESTER COMPANY, Movant, v. Cecil ASHCRAFT, Opposed.

Court of Appeals of Kentucky.

May 12, 1942.

M. C. Anderson for movant.

Ben B. Morris opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

---

LAMBERT BROS. (Composed of Glynn Lambert and Snowden Lambert), Movant, v. THIRD NATIONAL BANK OF NASHVILLE, Tenn., Opposed.

Court of Appeals of Kentucky.

May 29, 1942.

W. D. Gilliam for movant.

Noel F. Harper opposed.

PER CURIAM.

Judgment for $336.28 in action on a check. Motion for appeal denied and judgment affirmed.

---

Frank PADON, Movant, v. Albert LIKENS et al., Opposed.

Court of Appeals of Kentucky.

May 29, 1942.

H. Pate Wells and J. R. Wells for movant.

Charles Ferguson opposed.

PER CURIAM.

Appeal denied; judgment affirmed.